UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROD IRELAND,<br><br>    Plaintiff,<br><br>v.<br><br>RON MARSH and SOLANO COUNTY JAIL SHERIFF GARY STANTON,<br><br>    Defendant. | NO. CV-08-2628-RHW<br><br>**ORDER DENYING MOTION FOR THE APPOINTMENT OF COUNSEL** |

Plaintiff Rod Ireland is proceeding pro se. Before the Court is Plaintiff's Motion for the Appointment of Counsel (Ct. Rec. 3). On November 4, 2008, Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983, alleging that Defendants denied his civil rights while he was a pre-trial detainee. On the same day, Plaintiff filed a Motion to Appoint Counsel. In his motion, Plaintiff asks the Court to appoint counsel at public expense due to the level of complexity in this case and the fact that Plaintiff does not have access to a legal library.

Only under "exceptional circumstances" may the Court appoint counsel to represent indigent prisoners in § 1983 cases. 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991). The Court finds that there are not exceptional circumstances in this case.

///

///

**ORDER DENYING
MOTION FOR THE APPOINTMENT OF COUNSEL** ~ 1

1     Accordingly, **IT IS HEREBY ORDERED:**

2     1.  Plaintiff's Motion for the Appointment of Counsel (Ct. Rec. 3) is **DENIED**.

4     **IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and forward copies to Plaintiff.

6     **DATED** this 23rd day of October, 2009.

8           __/s/Robert H. Whaley___
9           ROBERT H. WHALEY
            United States District Judge

14   C:\WINDOWS\Temp\notes101AA1\~5486585.wpd

**ORDER DENYING
MOTION FOR THE APPOINTMENT OF COUNSEL** ~ 2