UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROD IRELAND,<br><br>    Plaintiff,<br><br>    v.<br><br>RON MARSH and SOLANO COUNTY JAIL SHERIFF GARY STANTON,<br><br>    Defendants. | NO. CV-08-2628-RHW<br><br>**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING INSTITUTION TO CALCULATE, COLLECT, AND FORWARD PAYMENT** |

After review of Plaintiff's application to proceed *in forma pauperis*, **IT IS ORDERED**:

(1) Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, Plaintiff's application to proceed *in forma pauperis* is **GRANTED**.

(2) Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1914(a), 1915(b)(1). An initial partial filing fee of 20 percent of the greater of (A) the average monthly deposits to the inmate's account; or (B) the average monthly balance in the inmate's account for the six-month period immediately preceding the filing of his complaint. 28 U.S.C. § 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from Plaintiff's trust account and forward it to the Clerk of the

**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING INSTITUTION TO CALCULATE, COLLECT, AND FORWARD PAYMENT ~ 1**

1  Court.  Thereafter, Plaintiff will be obligated for monthly payments of twenty
2  percent of the preceding month's income credited to Plaintiff's prison trust
3  account.  These payments will be forwarded by the appropriate agency to the Clerk
4  of the Court each time the amount in Plaintiff's account exceeds $10.00, until the
5  filing fee is paid in full.  28 U.S.C. § 1915(b)(2).  Each payment should be
6  accompanied by Plaintiff's name and the cause number for this action.

    **IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and forward a copy to Plaintiff.

    **DATED** this 17th day of May, 2010.

                    *s/Robert H. Whaley*
                    ROBERT H. WHALEY
                  United States District Judge

C:\WINDOWS\Temp\notes101AA1\IFP.wpd

**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING INSTITUTION TO CALCULATE, COLLECT, AND FORWARD PAYMENT ~ 2**