UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROD IRELAND,<br><br>    Plaintiff,<br><br>v.<br><br>RON MARSH and SOLANO COUNTY JAIL SHERIFF GARY STANTON,<br><br>    Defendants. | NO. CV-08-2628-RHW<br><br>**ORDER FOR PAYMENT OF INMATE FILING FEE** |

To: The Director of the California Department of Corrections and Rehabilitation, 1515 S Street, Sacramento, California 95814:

Plaintiff, a state prisoner proceeding pro se and *in forma pauperis*, is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff has been assessed an initial partial filing fee of 20 percent of the greater of (A) the average monthly deposits to the inmate's account; or (B) the average monthly balance in the inmate's account for the six-month period immediately preceding the filing of his complaint.

Upon payment of that initial partial filing fee, Plaintiff will be obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The California Department of Corrections and Rehabilitation is required to send to the Clerk of the Court the initial partial filing fee and thereafter payments from plaintiff's prison trust

**ORDER FOR PAYMENT OF INMATE FILING FEE** ~ 1

1  account each time the amount in the account exceeds $10.00, until the statutory
2  filing fee of $350.00 is paid in full.  28 U.S.C. § 1915(b)(2).
3      Good cause appearing therefore, **IT IS HEREBY ORDERED** that:
4      1.  The Director of the California Department of Corrections and
5  Rehabilitation or a designee shall collect from plaintiff's prison trust account an
6  initial partial filing fee in the amount of 20 percent of the greater of (A) the
7  average monthly deposits to the inmate's account; or (B) the average monthly
8  balance in the inmate's account for the six-month period immediately preceding
9  the filing of his complaint and shall forward the amount to the Clerk of the Court.
10 Said payment shall be clearly identified by the name and number assigned to this
11 action.
12     2.  Thereafter, the Director of the California Department of Corrections and
13 Rehabilitation or a designee shall collect from plaintiff's prison trust account the
14 balance of the filing fee by collecting monthly payments from plaintiff's prison
15 trust account by collecting monthly payments from plaintiff's prison trust account
16 in an amount equal to twenty percent (20%) of the preceding month's income
17 credited to the prisoner's trust account and forwarding payments to the Clerk of the
18 Court each time the amount in the account exceeds $10.00 in accordance with 28
19 U.S.C. § 1915(b)(2).  The payments shall be clearly identified by the name and
20 number assigned to this action.
21     3.  The Clerk of the Court is directed to serve a copy of this order and a
22 copy of plaintiff's signed *in forma pauperis* affidavit on Director, California
23 Department of Corrections and Rehabilitation, 1515 S Street, Sacramento,
24 California 95814.
25     4.  The Clerk of the Court is directed to serve a copy of this order on the
26 Financial Department of the court.
27 ///
28 ///

**ORDER FOR PAYMENT OF INMATE FILING FEE** ~ 2

1 **IT IS SO ORDERED.** The District Court Executive is directed to enter
2 this Order and forward a copy to Plaintiff.
3     **DATED** this 17th day of May, 2010.

                    *s/Robert H. Whaley*
                    ROBERT H. WHALEY
                    United States District Judge

C:\WINDOWS\Temp\notes101AA1\ORDER.wpd

**ORDER FOR PAYMENT OF INMATE FILING FEE** ~ 3