UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROD IRELAND,<br><br>    Plaintiff,<br><br>    v.<br><br>RON MARSH and SOLANO COUNTY JAIL SHERIFF GARY STANTON,<br><br>    Defendants. | NO. CV-08-2628-RHW<br><br>**ORDER CLOSING FILE** |

On May 17, 2010, the Court dismissed Plaintiff's complaint with leave to renew. Plaintiff was directed to file an amended complaint within 30 days from the date of the order. Plaintiff did not file an amended complaint.

Accordingly, **IT IS HEREBY ORDERED:**

1   The District Court Executive is directed to **close** the above-captioned case.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to Plaintiff.

**DATED** this 1st day of December, 2010.

                    *s/Robert H. Whaley*
                    ROBERT H. WHALEY
                    United States District Judge

C:\WINDOWS\Temp\notes101AA1\dismiss.wpd'.wpd

**ORDER CLOSING FILE ~ 1**